[Nos. 18143-0-III; 18834-5-III.   Division Three.   May 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALLEN COATES, *Appellant*.

*In the Matter of the Personal Restraint of* GREGORY COATES, *Petitioner.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 98-1-00058-1, Rebecca Margaret Baker, J., entered November 17, 1998, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 23321-5-II.   Division Two.   May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY M. BISCHOF, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-8-00019-2, William Knebes, J. Pro Tem., entered May 13, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 23406-8-II.   Division Two.   May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS KEITH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00957-1, Barbara D. Johnson, J., entered June 3, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.